THERESIA BINZEN, Respondent, *v.* SIMON EPSTEIN et al., Appellants.

*Binzen* v. *Epstein,* 58 App. Div. 304, affirmed.
(Argued June 24, 1902; decided October 7, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April

1, 1901, upon an order reversing a judgment in favor of defendants, entered upon a decision of the court on trial at Special Term and directing judgment in favor of plaintiff.

*H. H. Snedeker* for appellants.

*Charles F. Brown* and *Frank Schaeffler* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.